FILED

MAR 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Laura Nieto
1815 Olive Avenue
Richmond, CA 94805

        Plaintiff,

vs.

Bridget Colbert
Interim General Counsel
Santa Clara University
500 El Camino Real
Office of the General Counsel
Santa Clara, CA 95053

        Defendant(s).

CASE NO. C20-1887

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

    Address: 1815 Olive Avenue

    City, State & Zip Code: Richmond, CA 94805

    Phone: 510-684-4662

2. Defendant is located at:

    Address: 500 El Camino Real

    City, State & Zip Code: Santa Clara, CA 95053

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)        - 1 -

1        c. _X_ Failure to promote me.

2        d. ___ Other acts as specified below.

3 As a Latina, female, over 40-years old reporting to a white male supervisor Drew Roberts, has discriminated

4 against me by way of his discriminatory hiring practices. Drew offered the position of Assistant Director of

5 Marketing and Recruitment to Caroline Read who is a white female, under 40 years old. Drew did this without

6 conducting an open search for the new position of Assistant Director of Marketing and Recruitment. My

7 hard and soft skills were not recognized and evaluated in a fair and equitable manner in alignment with

8 sound inclusive and diverse hiring practices of Santa Clara University.

9   5.     Defendant's conduct is discriminatory with respect to the following:

10        a. _X_ My race or color.

11        b. ___ My religion.

12        c. ___ My sex.

13        d. _X_ My national origin.

14        e. _X_ Other as specified below.

15             Age, over 40 years old.

16   6.     The basic facts surrounding my claim of discrimination are:

17 As a Latina, female, over 40 years-old reporting to a white male supervisor Drew Roberts, has

18 discriminated against me by way of his discriminatory hiring practices. Drew offered the position

19 of Assistant Director for Marketing and Recruitment to Caroline Read who is a white female, under

20 40 years old.  Drew did this without conducting an open search for the new position of Assistant

21 Director of Marketing and Recruitment. My hard and soft skills were not recognized nor evaluated

22 in a fair and equitable manner in alignment with sound inclusive and diverse hiring practices of

23 Santa Clara University.

24

25   7.     The alleged discrimination occurred on or about __12/01/2019__ .

26                                         (DATE)

27   8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1  discriminatory conduct on or about ___2/25/2020___.
                                            (DATE)

9.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ___03/05/2020___.
                                                                                              (DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
    Yes _X_    No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _3/18/2020_                    _____
                                      SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        ___Laura Nieto___
IS NOT REQUIRED.)                      PLAINTIFF'S NAME
                                       (Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Laura Nieto<br>1815 Olive Avenue<br>Richmond, CA 94805 | **From:** San Francisco District Office<br>450 Golden Gate Avenue<br>5 West, P.O. Box 36025<br>San Francisco, CA 94102 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2020-00518 | Malinda K. Tuazon, Investigator | (415) 522-3126 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

For William R. Tamayo,
District Director

3/5/2020 (Date Mailed)

Enclosures(s)

cc: **Bridget Colbert**
**Interim General Counsel**
**SANTA CLARA UNIVERSITY**
**500 El Camino Real**
**Office of the General Counsel**
**Santa Clara, CA 95053**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*