UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NIETO,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIDGET COLBERT,<br><br>        Defendant. | Case No. 20-cv-01887-JSC<br><br>**SECOND ORDER TO SHOW CAUSE RE: IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 4 |

On March 20, 2020, the Court issued Plaintiff an order to show cause ("OSC"), (Dkt. No. 4), regarding her pending application to proceed in forma pauperis, (Dkt. No. 2). The OSC ordered Plaintiff to show cause as to why her application should not be denied because she is not indigent based on her household income, or in the alternative, pay the filing fee. The Court warned Plaintiff that if she did not respond to the OSC or pay the filing fee by April 3, 2020, the Court would issue a report and recommendation to the district court to dismiss this action. Plaintiff did not respond by the deadline and has not otherwise contacted the Court.

Plaintiff was proceeding without counsel at the time the Court issued the OSC, and she is now represented by counsel. (*See* Dkt. No. 5.) Accordingly, the Court will give Plaintiff another chance to respond to the OSC. Plaintiff shall respond to the Court's OSC by April 27, 2020 or pay the filing fee. If Plaintiff does not do so, the Court will issue a report and recommendation to the district court to dismiss the action.

Dated: April 20, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge