United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NIETO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA UNIVERSITY,<br><br>　　　　Defendant. | Case No. 20-cv-01887-JSC<br><br>**ORDER TO PLAINTIFF LAURA NIETO TO SHOW CAUSE** |

Plaintiff Laura Nieto filed this employment discrimination action with the benefit of legal representation on March 18, 2020. On June 15, 2020 her counsel withdrew and she now represents herself. On August 25, 2020, a case management conference was scheduled for Thursday, November 5, 2020 and the parties were ordered to file a jointly prepared case management conference statement that was due on October 29, 2020. (Dkt. No. 17.) Defendant Santa Clara University filed a statement, but Ms. Nieto did not; indeed, she refused to cooperate in the preparation of a joint case management conference statement. (Dkt. No. 21-1.) Shortly before the November 5, 2020 case management conference she advised the Court's Deputy Clerk that she was ill and would not be attending the video case management conference. Defendant Santa Clara University did appear at the November 5, 2020 case management conference.

In light of Ms. Nieto's nonappearance and lack of cooperation in the filing of a joint case management conference statement, the Court will hold a further initial case management conference on December 10, 2020 at 1:30 p.m. via Zoom video. Ms. Nieto is ordered to cooperate with Defendant Santa Clara University in the preparation of a joint case management conference statement to be filed no later than December 3, 2020. As Ms. Nieto is not currently represented by counsel, it is entirely proper, indeed necessary, for counsel for Santa Clara University to

communicate with her directly regarding this case and the preparation of a joint case management conference statement. Ms. Nieto is warned that her failure to communicate with defense counsel and cooperate in the preparation of a joint case management conference statement, and/or her failure to appear at the further December 10, 2020 case management conference, may result in dismissal of her lawsuit pursuant to Federal Rule of Civil Procedure 41.

Once again the Court strongly encourages Ms. Nieto to seek free legal assistance from the Northern District of California Help Desk by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: November 9, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge